# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HARRIS,

    Plaintiff,

v.

SCOTT KERNAN,

    Defendant.

Case No. 17-cv-06091-YGR (PR)

**ORDER OF TRANSFER**

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The acts complained of occurred at High Desert State Prison, which is located in the Eastern Division of the Central District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the Eastern Division of the United States District Court for the Central District of California. The Clerk of the Court shall transfer the case forthwith. All remaining motions are TERMINATED on this Court's docket as no longer pending in this district. Dkts. 3, 8.

IT IS SO ORDERED.

Dated: December 15, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Judge